```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0179--CV (JWS)
              "A.M. ET AL V FAIRBANKS NORTH STAR BOROUGH"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 07/29/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                   DENIAL OF EDUCATION FOR CHILD
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/29/05 receipt # 00126244
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1            M., A.                       Sonja D. Kerr
                                                Disability Law Center of Alaska
                                                3300 Arctic Blvd., Suite 103
                                                Anchorage, AK 99503
                                                907-565-1002
                                                FAX 907-565-1000

PLF 2.1            M., R.                       Sonja D. Kerr
                                                (see above)

PLF 3.1            M., A.                       Sonja D. Kerr
                                                (see above)

DEF 1.1            FAIRBANKS NORTH STAR BOROUGH  Bradley D. Owens
                   SCHOOL DISTRICT               Jermain Dunnagan et al
                                                3000 A Street, Suite 300
                                                Anchorage, AK 99503
                                                907-563-8844
                                                FAX 907-563-7322

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0179--CV (JWS)
                     "A.M. ET AL V FAIRBANKS NORTH STAR BOROUGH"

                                   For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
            Filed: 07/29/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   DENIAL OF EDUCATION FOR CHILD
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/29/05 receipt # 00126244
         Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/29/05 | Complaint filed w/att exhs. |
| 2 - 1 | 08/16/05 | DEF 1 Waiver of Service. |
| 3 - 1 | 08/16/05 | DEF 1 Answer to Complaint. |
| 4 - 1 | 08/16/05 | DEF 1 Attorney Appearance Bradley D. Owens. |
| 5 - 1 | 08/18/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 09/12/05 | PLF 1-3 Scheduling & Planning Conference Report. |
| 7 - 1 | 09/13/05 | PLF 1-3; DEF 1 Scheduling & Planning Conference Report. |
| 8 - 1 | 09/22/05 | JWS Minute Order setting sched conf on 10/12/05 @ 8:30 a.m.. cc: cnsl |
| 9 - 1 | 10/04/05 | DEF 1 motion for order changing the date of 10/12/05 scheduling conference w/att aff. |
| 10 - 1 | 10/06/05 | PLF 1-3 non-opposition to DEF 1 motion for order changing the date of 10/12/05 scheduling conference (9-1) w/att aff. |
| 11 - 1 | 10/11/05 | JWS Order granting mot for ord changing the date of 10/12/05 scheduling conf (9-1); scheduling conf reset to 11/1/05 @ 10:00 a.m.. cc: cnsl |
| 12 - 1 | 11/01/05 | JWS Minute Order re: sched conf held 11/1/05: cnsl to provide cy of this MO to hrg officer; hrg officer to file record & index by 12/30/05; plf's opening brf due 2/3/06; def's response brf due 3/6/06; plf may file reply brf by 3/24/06; parties to advise crt of any mediation proceedings. cc: cnsl |


ACRS: R_VDSDX                 As of 12/01/05 at 3:30 PM by GARRY                       Page 1