Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| A.M. et al.           Plaintiff(s) | ) | Case No. A05-0179 CV (JWS) |
| Vs. | ) | |
| Fairbanks North Star Borough School District | ) | NOTICE OF MOTION AND MOTION AND STIPULATION FOR AN EXTENSION OF DEADLINE TO FILE PLAINTIFFS' OPENING BRIEF |
| Defendant(s) | ) | |

COMES NOW, A.M. et al., by and through counsel, and files a Notice of Motion and Motion for an Extension of Deadline to File Plaintiffs' Opening Brief in the above-captioned matter.

The Plaintiffs' Opening Brief is currently due on February 3, 2006. Plaintiffs request an extension of two weeks in accordance with F. R. Civ. P. 6(b), making the deadline for Plaintiffs' Opening Brief to be filed no later than February 17, 2006. Plaintiffs' counsel is currently scheduled to have a medical procedure on February 1, 2006 and will be out of state on February 6-8, 2006. Plaintiffs' counsel has conferred with counsel for the Defendant and the Defendant stipulates to an extension of the filing deadline to February 17, 2006 as evidenced by Defendant's counsel's signature below.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002    Fax 907-565-1000
1-800-478-1234

THEREFORE, Plaintiffs' respectfully request that the Court grant their Motion for an Extension of Deadline to File Plaintiffs' Opening Brief until February 17, 2006 and all dates in the prior order adjusted by that two week date accordingly.

Dated this 30th day of January 2006.

Respectfully submitted,

_Sonja D. K_____
Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

So stipulated.

Dated this 30th day of January, 2006.

_Brad Owens_____
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 Fax
bradowens@jdolaw.com

**Certificate of Service**

I hereby certify that on the 30th day of January, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

_Sonja D. K_____
Sonja Kerr

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234