Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT    )
                                )
FOR THE STATE OF ALASKA         )
                                )
A.M. et al.          Plaintiff(s)    )        Case No. A05-0179 CV (JWS)
                                )
        Vs.                     )
                                )
Fairbanks North Star Borough    )
School District                 )        ORDER
                Defendant(s)    )
                                )

     Plaintiffs' Motion for an Extension of Deadline to File Plaintiffs' Opening Brief is

hereby granted.  Plaintiffs will file their opening brief no later than February 17, 2006.

Dated this ___ day of _____, 2006.

 

                                                _____
                                                JOHN W. SEDWICK
                                                U.S. DISTRICT COURT JUDGE