Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| A.M. et al.        Plaintiff(s) | Case No. A05-0179 CV (JWS) |
| Vs. | |
| Fairbanks North Star Borough School District | NOTICE OF MOTION AND MOTION AND STIPULATION FOR AN EXTENSION OF DEADLINE TO FILE PLAINTIFFS' OPENING BRIEF |
| Defendant(s) | |

COMES NOW, A.M. et al., by and through counsel, and files a Notice of Motion and Motion for an Extension of Deadline to File Plaintiffs' Opening Brief in the above-captioned matter.

The Plaintiffs' Opening Brief is currently due on February 17, 2006. Plaintiffs request an extension of one day in accordance with F. R. Civ. P. 6(b), making the deadline for Plaintiffs' Opening Brief to be filed no later than February 21, 2006. Plaintiffs' counsel has conferred with counsel for the Defendant and the Defendant stipulates to an extension of the filing deadline to February 21, 2006 as evidenced by the attached correspondence. Ex. 1.

THEREFORE, Plaintiffs' respectfully request that the Court grant their Motion for an Extension of Deadline to File Plaintiffs' Opening Brief until February 21, 2006 and all dates in the prior order adjusted by that date accordingly.

Dated this 14th day of February 2006.

Respectfully submitted,

*Sonja D. Kerr*
Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Certificate of Service

I hereby certify that on the 14th day of February, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Patti Freeman

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
1-800-478-1234   Fax 907-565-1000