**Megan Allison**

| | |
|---|---|
| From: | Brad Owens [bradowens@jdolaw.com] |
| Sent: | Monday, February 13, 2006 4:32 PM |
| To: | Megan Allison |
| Cc: | Sonja D. Kerr |
| Subject: | RE: A.M. v. FBNSSD - Federal Court |

Sure.

-----Original Message-----
From: Megan Allison [mailto:mallison@dlcak.org]
Sent: Monday, February 13, 2006 11:16 AM
To: Brad Owens (E-mail)
Cc: Sonja D. Kerr
Subject: A.M. v. FBNSSD - Federal Court


Brad:

Would you be willing to stipulate to a 1 day extension of the brief in the above matter?  The brief is currently due on 2/17 and the one day extension would make it due on 2/21 since 2/20 is a holiday.  The 1 day extension would make the total stipulated extension days 15, the limit allowed by the rule.

Please advise.

Thanks -

Meg Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
907.565.1002
907.565.1000 (fax)


```
########################################################################
This e-mail message has been scanned for Viruses and Content and cleared
by MailMarshal through Jermain, Dunnagan & Owens, P.C.
For more information please visit www.marshalsoftware.com
########################################################################
```

1

EXHIBIT 1
Page 1 of 1