Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | |
| | ) | |
| FOR THE STATE OF ALASKA | ) | |
| | ) | |
| A.M. et al.          Plaintiff(s) | ) | Case No. A05-0179 CV (JWS) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Fairbanks North Star Borough School District | ) | AFFIDAVIT |
| Defendant(s) | ) | |

Comes now, Sonja D. Kerr, and being first duly sworn, deposes and states:

1. I am counsel for Plaintiffs in the above-entitled matter.

2. Plaintiffs' opening brief in the above-entitled matter is due on February 17, 2006.

3. Plaintiffs have exercised due diligence in complying with the Court's deadline and the opening brief will be filed no later than February 21, 2006.

4. The Plaintiffs have consulted with opposing counsel and there is no objection by the Defendant.

Further affiant saith not.
Dated this 14th day of February 2006.

Respectfully submitted,

*[signature]*

*[signature]*
Sonja D. Kerr

Subscribed and sworn to before me
this 14th day of February 2006.

*[notary seal: PATTI FREEMAN, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: December 13, 2009]*

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234