Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT ) | | |
| ) | | |
| FOR THE STATE OF ALASKA ) | | |
| ) | | |
| A.M. et al.          Plaintiff(s) ) | | Case No. A05-0179 CV (JWS) |
| ) | | |
| Vs.                              ) | | |
| ) | | |
| Fairbanks North Star Borough     ) | | |
| School District                  ) | | ORDER |
|                    Defendant(s) ) | | |
| ) | | |

Plaintiffs' Motion for an Extension of Deadline to File Plaintiffs' Opening Brief is hereby granted. Plaintiffs will file their opening brief no later than February 21, 2006.

Dated this ___ day of _____, 2006.

_____
Timothy Burgess
U.S. DISTRICT COURT JUDGE

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002        Fax 907-565-1000
1-800-478-1234