# Summary of I.E.P Meeting
## Adam Mortemore
## October 28, 2004
## Weller Elementary
## Fairbanks, Alaska

**In Attendance:**
Roger Mortemore-Parent
Aimee Mortemore-Parent
Sue Guinn-Independent Speech Pathologist
Denise Newman-Sp.Ed. Pre-K Teacher
Bob Heyman-School Speech Pathologist
Heidi Kubichek-School Occupational Therapist
Louise Anderl-Principal
Linda Robertson-Sp.Ed. Pre-K Director

**Question 1A:** Adam receives 13 hours per week of schooling. How was that chosen? Is it because that is what every one gets?

**Ms. Robertson:** We do not have a full day pre-school program at this time. I am unaware of any at this time anywhere else in the country, or in the state of Alaska. I do not have the authority to make a decision for a full day program. Do you know of any district that has a full day program. Aimee answered that she could not specifically name a district with certainty.

EXHIBIT 17
Page 1 of 6

066

**Question 1B:** Do you consider 13 hours to be effective for children with autism.

**Ms. Robertson:** Anything greater that 13 hours would not be developmentally appropriate, including autism.

**Question 1C:** What documentation would you have to support this.

**Ms. Robertson:** I can provide ½ day documentation, but I have told you my professional opinion.

**Question 2A:** What approach are you using in the classroom to educate Adam.

**Ms. Newman:** We do not have specific approach. We use visual clues and modeling with much repetition. We try to help with transitions that occur such as the busing situation the past 2 weeks. He adapted well to transition.

Aimee: His tantrums have increased since a switch to afternoons.
Ms. Robertson: How long has Adam been in school.
Aimee: since March, he went in the summer as well.

Ms. Robertson: Did he nap in the afternoon during the summer.

Aimee: Yes.

EXHIBIT 17
Page 2 of 6

067