5

90/3/04

Some thoughts —

- I think he really needs to be in both AM & PM preschool to increase the number of hours he gets intervention. By the time you get this it will probably be obvious that we decided to send him to the PM session. On Wed at 1pm and Friday at 1:30 pm I'll come get him so he can go to speech at Sue's.

- When else has he been sleeping? He has been [for about 1 & 1/2 wks now] under the weather (ill) with that cold that every one (seems like) in town has gotten. Also Thursday was his birthday — we took him to adaptive rec. swimming on the last 2 Thursday nights — He seemed to love it, but maybe it's too much activity for a school night. Last Thursday he had birthday cake the night before school (we were going to skip it then he found the cake and it was all over!!). It probably excited him too much before bed. Also he has an hour and 15 minute bus ride in a pretty warm bus with his coat on. I think I'd fall asleep on the bus too. — I wonder if he is thirsty after that? Is that maybe why he wants to get his snack box. I will try sending an extra drink on the b He usually is thirsty in the AMs. Did he fall asleep last year? We are not doing much different.

- What time are his speech and OT scheduled for?

About the IEP — are we any closer to a timeline

EXHIBIT 30
Page 16 of 49

8

I talked to Sue Guin yesterday. She was able to move other kids around so he can come in at @9:30 AM on Tuesday and Friday. I will leave the ball in your court if you want him to stay in PM and can re-re change busing ok. It seems like you feel he is doing better in PMS - however I still feel he needs to attend both sessions. There is a problem with the PM bus - they say they won't come up to our house in the winter because the bus is too big. If I have to get 2 kids ready in the car to take him to the bus I might as well drive him in. Maybe they can switch him to a smaller bus. I will be in at 1pm to get Adam for speech.

Aimee

352

10/6/04

- Aimee~ PM has been better and he has interacted more w/ his peers. Yes, doing both AM & PM would be wonderful. Unfortunately we have to chose 1. I don't think there are any PreKs in the district that have children attending both.
- Transp. says no problem keeping him PM. I did mention the whole issue w/ winter and Renee said thats ridiculous. Laidlaw will have to re-route a small bus. That's something they'll have to deal w/.
- OT was on Wed time @ 8:30 and Thurs @ 10:30 Speech is thereafter on those days.

EXHIBIT 30
Page 19 of 49

04/28/2005 02:18 FAX 9074562910   ROGER/AIMEE MORTEMORE   ☒004