Fairbanks North Star Borough School District
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Student # _____

Student's Legal Name **Adam Mortemore**

IEP Date __2/25/2004__

Note: Supervision is required for any service provided by individuals who are not certified in that service area. Do not include supervision or transportation time in the total of special education and related service time received by the student.

| Special Education | Location | Start Date | End Date | Provider | Frequency | Time |
|---|---|---|---|---|---|---|
| ☐ Reading <br> ☐ Supervision | | | | | | |
| ☐ Math <br> ☐ Supervision | | | | | | |
| ☐ Writing <br> ☐ Supervision | | | | | | |
| ☐ Speech/Language <br> ☐ Supervision | | | | | | |
| ☐ Social/Behavioral <br> ☐ Supervision | | | | | | |
| ☒ Other: Pre Acad. PreK <br> ☐ Supervision | Weller Pre K SPed. | 3/11/04 | 3/11/05 | SPED | 5x | |
| ☐ Other: <br> ☐ Supervision | | | | | 5x | |

Special Education Total Hours per Week _____

| Related Services | Location | Projected Start Date | End Date | Provider | Frequency | Time |
|---|---|---|---|---|---|---|
| ☒ Speech/Language <br> ☐ Supervision | Weller | 3/11/04 | 3/11/05 | SLP/SpEd Tchr | | |
| ☐ Physical Therapy <br> ☐ Supervision | | | | | | |
| ☐ Occupational Therapy <br> ☐ Supervision | | | | | | |
| ☐ Counseling <br> ☐ Supervision | | | | | | |
| ☐ Other: <br> ☐ Supervision | | | | | | |
| ☐ Other: <br> ☐ Supervision | | | | | | |
| ☐ Transportation <br> ☐ Supervision | | | | | | |

Related Services Hours per Week _____

IEP, Page 10

EXHIBIT __4__ Page __8__ of __13__

EXHIBIT __4__ Page __8__ of __14__

022