# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student # _____

Student's Legal Name **Adam Mortemore** _____

IEP Date **2/25/2004**

Note: Supervision is required for any service provided by individuals who are not certified in that service area. Do not include supervision or transportation time in the total of special education and related service time received by the student.

| Special Education | Location | Start Date | End Date | Provider | Frequency | Time |
|---|---|---|---|---|---|---|
| ☐ Reading ☐ Supervision | | | | | | |
| ☐ Math ☐ Supervision | | | | | | |
| ☐ Writing ☐ Supervision | | | | | | |
| ☐ Speech/Language ☐ Supervision | | | | | | |
| ☐ Social/Behavioral ☐ Supervision | | | | | | |
| ☒ Other: Pre Acad. PreK ☐ Supervision | Weller Pre K SPEd. | 3/11/04 | 3/11/05 | SPED | 5x | 153 |
| ☐ Other: ☐ Supervision | | | | | 5x | |

Special Education Total Hours per Week ____

| Related Services | Location | Projected Start Date | End Date | Provider | Frequency | Time |
|---|---|---|---|---|---|---|
| ☒ Speech/Language ☐ Supervision | Weller | 3/11/04 | 3/11/05 | SLP/SpEd Tchr | 2 | 30 |
| ☐ Physical Therapy ☐ Supervision | | | | | | |
| ☐ Occupational Therapy ☐ Supervision | | | | | | |
| ☐ Counseling ☐ Supervision | | | | | | |
| ☐ Other: ☐ Supervision | | | | | | |
| ☐ Other: ☐ Supervision | | | | | | |
| ☒ Transportation ☐ Supervision | to/from school | 3/29/04 | 5/11/05 | school busing | 5x | daily |

Related Services Hours per Week ____

→ who is this? Dennis



IEP, Page 10

Exhibit Q
Page 12 of 16