Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

|  |  |
|---|---|
| A.M. et al.<br>        Plaintiffs,<br>   vs.<br><br>Fairbanks North Star Borough<br>School District,<br>        Defendants. | Case No. A05-0179 CV (TMB)<br><br><br><br>ORDER |

Plaintiffs' Motion for Summary Judgment/Judgment on the Pleadings is hereby granted.

Dated this ___ day of _____, 2006.

_____
TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
Fax 907-565-1000
1-800-478-1234