Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | |
|---|---|
| A.M. et al.<br>        Plaintiffs,<br>vs.<br><br>Fairbanks North Star Borough<br>School District,<br>        Defendants. | Case No. A05-0179 CV (TMB)<br><br>NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY FOR SUMMARY JUDGMENT, JUDGMENT ON THE PLEADINGS |

**Plaintiff's Notice of Filing Motion for Summary Judgment and Judgment on the Pleadings**

COMES NOW, the Plaintiffs, by and through counsel, and gives notice of filing their Motion for Summary Judgment/ Judgment on the Pleadings pursuant to F.R.Civ.P. 56 and 12(c).

Respectfully submitted this 21st day of February, 2006.

_____
Sonja D. Kerr, 0409051
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Certificate of Service
I hereby certify that on the 21st day of February, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
_____
Meg Allison

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002   Fax 907-565-1000
1-800-478-1234