Sonja D. Kerr, AK Bar No. 0409051
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT )
)
FOR THE STATE OF ALASKA )
)
A.M. et al.          Plaintiff(s) )    Case No. A05-0179 CV (TMB)
)
Vs.                  )
)
Fairbanks North Star Borough )
School District              )    Table of Contents of Attachments
           Defendant(s) )
)

**TABLE OF CONTENTS OF ATTACHMENTS**

1. IOR 13, P. Exhibit 17, pg. 1-2 – Summary of October 28, 2004 IEP Meeting.
2. IOR 13, P. Exhibit 4 – IEP Services Page.
3. IOR 12, D. Exhibit Q, pg. 12 – IEP Services Page.
4. IOR 13, P. Exhibit 30, pg. 16, 19 – Communication Notebook Pages.
5. Hearing Officer's Order in DEED Hr. No. 06-07 Decision and Order on Motion to Dismiss.

Dated this 21st day of February, 2006.    /s/ Kall 0511091 for
                                          Sonja D. Kerr
                                          The Disability Law Center of Alaska
                                          3330 Arctic Blvd., Suite 220
                                          Anchorage, AK 99503
                                          907-565-1002
                                          907-565-1000 Fax
                                          skerr@dlcak.org
                                          AK Bar No. 0409051

Certificate of Service

I hereby certify that on the 21st day of
February, 2006, a copy of this document
was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503.
/s/ Kall
Meg Allison