Sonja D. Kerr (AK Bar No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| A.M. et al. Plaintiff(s) | ) ) ) | Case No. A05-0179 CV (JWS) |
| Vs. | ) ) ) | |
| Fairbanks North Star Borough School District | ) ) ) ) | REQUEST FOR ORAL ARGUMENT |
| Defendant(s) | ) ) | |

COMES NOW the Plaintiffs, by and through counsel, pursuant to Ak. LR 7.1(i) and requests oral argument on Plaintiffs' Motion for Summary Judgment/Judgment on the Pleadings. Counsel for Plaintiffs is available the following dates after final submissions: April 18, 2006 or April 25-27, 2006.

Dated this 8th day of March, 2006.

Respectfully submitted,

*/s/ Sonja D. Kerr*
Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org
AK Bar No. 0409051
Attorney for Plaintiffs

Certificate of Service
I hereby certify that on the 8th day of March, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

*/s/ Patti Freeman*
Patti Freeman

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234