Sonja D. Kerr (AK Bar No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| A.M. et al. Plaintiff(s) | ) ) ) | Case No. A05-0179 CV (JWS) |
| Vs. | ) ) ) | |
| Fairbanks North Star Borough School District | ) ) ) | ORDER |
| Defendant(s) | ) ) | |

Oral argument of 1 hour total is granted for Plaintiffs' Motion and will be held on _____.

Dated this ___ day of _____, 2006.

_____
Timothy Burgess
U.S. DISTRICT COURT JUDGE

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002      Fax 907-565-1000
1-800-478-1234