Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., ) ) ) Plaintiffs ) ) vs. ) ) FAIRBANKS NORTH STAR ) BOROUGH SCHOOL DISTRICT, ) ) Defendant ) ) | Case No. 3:05-cv-0179 (JWS) |

### RESPONSE TO REQUEST FOR ORAL ARGUMENT

In response to plaintiff's request for oral argument, I would like to advise the court that I am available on the dates of April 25 through 27, 2006.  However, I am not available on April 18, 2006.

*A.M., et al. v. Fairbanks North Star Borough School District*
Case No. 3:05-cv-1079 (JWS)
Response to Request for Oral Argument                                                                 Page 1

Respectfully submitted this 14th day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: */s/ Bradley D. Owens*
Bradley D. Owens
Alaska Bar No. 7610122

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of March, 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK 99503

*(Kathie Meyer)*
Kathie Meyer

6264.013/115868

*A.M., et al. v. Fairbanks North Star Borough School District*
Case No. 3:05-cv-1079 (JWS)
Response to Request for Oral Argument                                                                 Page 2