Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> FAIRBANKS NORTH STAR ) <br> BOROUGH SCHOOL DISTRICT, ) <br> ) <br> Defendant ) <br> ) | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0179 (TMB) |

**NON-OPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE BRIEF**

Defendant Anchorage School District, by and through its attorneys, Jermain, Dunnagan & Owens, hereby move this court for an extension of time in which to file its response brief to plaintiff's Motion for Summary Judgment until Friday, March 31, 2006.

Undersigned's office has spoken with Meg Allison at Disability Law Center, attorney for plaintiff, and they do not oppose this extension to March 31, 2006.

Dated in Anchorage Alaska this 21st day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

____s/ Bradley D. Owens_____
By:   Bradley D. Owens
        Alaska Bar #7610122

CERTIFICATE OF SERVICE

I hereby certify that the above document
was served on the 21st day of March, 2006
via electronically on:

Sonja D. Kerr (skerr@dlcak.org)
Meg Allison (mallison@dlcak.org)
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 102
Anchorage, Alaska  99503


s/Bradley D. Owens_____


6264.013/116114