Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL DISTRICT, )<br>)<br>Defendant ) )  | Case No. 3:05-cv-0179 (TMB) |

## [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Having considered Defendants' Non-Opposed Motion for Extension of Time to File Response Brief, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants shall have until Friday, March 31, 2006, within which to file their Response Brief to Plaintiffs' Motion for Summary Judgment.

DATED:_____                              _____
                                                Hon. Timothy M. Burgess
                                                United Stated District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that the foregoing above document
was served on the 21st day of March, 2006
via electronically on:

Sonja D. Kerr (skerr@dlcak.org)
Meg Allison (mallison@dlcak.org)
Disability Law Center of Alaska

s/ Bradley D. Owens_____

6264.013/116117

**[proposed] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**
*A.M., et al. v. Fairbanks North Star Borough School District*               Page 2
Case No. 3:05-cv-1079 (JWS)