Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL DISTRICT, )<br>)<br>Defendant ) <br>) | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0179 (TMB) |

**MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE BRIEF**

Defendant Anchorage School District, by and through its attorneys, Jermain, Dunnagan & Owens, hereby moves this court for an extension of time in which to file its response brief to plaintiff's Motion for Summary Judgment until Monday, April 3, 2006.

Dated in Anchorage Alaska this 21st day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


        _/s/ Bradley D. Owens_____
By:    Bradley D. Owens
         Alaska Bar #7610122

CERTIFICATE OF SERVICE

I hereby certify that the above document
was served on the 31st day of March, 2006
via facsimile on:

Sonja D. Kerr
Meg Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 102
Anchorage, Alaska  99503

*/s/Kathie Meyer*
Kathie Meyer


6264.013/116114