Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL DISTRICT, )<br>)<br>Defendant )<br>) | Case No. 3:05-cv-0179 (TMB) |

## [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Having considered Defendants' Motion for Extension of Time to File Response Brief, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Defendants shall have until Monday, April 3, 2006, within which to file their Response Brief to Plaintiffs' Motion for Summary Judgment.

DATED:_____                    _____
                                      Hon. Timothy M. Burgess
                                      United Stated District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that the foregoing above document
was served on the 31st day of March, 2006
via fax on:

Sonja D. Kerr
Meg Allison
Disability Law Center of Alaska


*s/s Kathie Meyer*
Kathie Meyer

6264.013/116117

**[proposed] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**
*A.M., et al. v. Fairbanks North Star Borough School District*                              Page 2
Case No. 3:05-cv-1079 (JWS)