Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | |
|---|---|
| A.M. et al.<br>　　　　　Plaintiff(s)<br><br>Vs.<br><br>Fairbanks North Star Borough<br>School District<br>　　　　　Defendant(s) | Case No. A05-0179 CV (JWS)<br><br>NOTICE OF MOTION AND<br>MOTION TO STRIKE<br>DEFENDANT'S<br>CROSS-MOTION<br>FOR SUMMARY JUDGMENT |

### ORDER

The Plaintiffs' motion to strike Defendant's cross-motion for summary judgment is GRANTED. Defendant's cross-motion for summary judgment will be stricken and will not be considered by the Court in this matter.

Dated this ____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Timothy Burgess
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge