Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| A.M. et al. ) | | |
| Plaintiff(s) ) | | Case No. A05-0179 CV (JWS) |
| ) | | |
| Vs. ) | | |
| ) | | |
| Fairbanks North Star Borough ) | | |
| School District ) | | NOTICE OF MOTION AND |
| Defendant(s) ) | | MOTION FOR EXTENSION |
| ) | | TO FILE REPLY |

_____

COME NOW the Plaintiffs, by and through counsel and hereby give notice and file a motion with the Court to request an extension of time to file their reply to Defendant's opposition to Plaintiffs' motion for summary judgment and state as follows:

1. On March 31, 2006 the Defendant filed a second motion for extension of time to file its opposition to Plaintiff's motion for summary judgment.

2. On March 31, 2006 the Court entered an order granting Defendant's request for extension, however that order did not specify a due date for Plaintiffs' reply in light of the extension.

3. On April 3, 2006, the Defendant filed its opposition to Plaintiffs' motion for summary judgment.

4. The original scheduling order in this matter, dated November 1, 2005, allowed the Plaintiffs 18 days to respond to Defendant's response brief.

5. Based on the number of days allowed in the Court's original scheduling order, Plaintiffs' reply would be due on April 21, 2006.

A.M. et al. v. Fairbanks North Star Borough School District                                    Page 1 of 2
Case No. A05-0179 CV (JWS)
Notice of Motion and Motion for Extension to File Reply

Based on the amount of time contemplated in the Court's original scheduling order of November 1, 2005, and in light of the Defendant's two requests for extensions to file its opposition, the Plaintiffs respectfully request that their reply to Defendant's opposition to Plaintiffs' motion for summary judgment be due no later than April 28, 2006.

Dated this 13th day of April, 2006.                    Respectfully submitted,

/s Sonja D. Kerr
Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

Certificate of Service

I hereby certify that on the 13th day of
April, 2006, a copy of this document
was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

/s Sonja D. Kerr
Sonja D. Kerr

A.M. et al. v. Fairbanks North Star Borough School District                    Page 2 of 2
Case No. A05-0179 CV (JWS)
Notice of Motion and Motion for Extension to File Reply