UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL DISTRICT, )<br>)<br>Defendant )<br>) | Case No. 3:05-cv-0179 (TMB) |

**[proposed] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE CROSS-MOTION FOR SUMMARY JUDGMENT**

This matter having come before the court on the motion of plaintiffs to strike defendant's Cross-Motion for Summary Judgment; the court having reviewed the pleadings filed by the parties in support thereof and in opposition thereto; being fully advised, finds that the motion is without merit; accordingly

IT IS HEREBY ORDERED that plaintiffs' Motion to Strike Defendant's Cross-Motion for Summary Judgment is DENIED.

Dated:_____                    _____
                                                                Timothy M. Burgess
                                                                U.S. District Judge

**Certificate of Service**
I hereby certify that on April 17, 2006, a copy of the foregoing proposed Order to Strike Cross-Motion for Summary Judgment was served electronically on

Sonja D. Kerr (skerr@dlcak.org)

s/ Bradley D. Owens
6264.017 - 117366