Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M.,<br><br>   Plaintiffs<br><br>vs.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:05-cv-0179 (TMB) |

### NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION TO FILE REPLY

Defendant Anchorage School District, by and through its attorneys, Jermain, Dunnagan & Owens, hereby files its non-opposition to plaintiff's Motion for Extension to File Reply until April 28, 2006.

Dated in Anchorage, Alaska this 20th day of April, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

s/ Bradley D. Owens
Bradley D. Owens
3000 A Street, Suite 300
Anchorage, alaska 99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
E-mail:  bradowens@jdolaw.com
Alaska Bar #7610122

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, a copy of
the foregoing Non-Opposition to Plaintiff's Motion
for Extension to File Reply was served electronically on

Sonja D. Kerr (skerr@dlcak.org)

s/ Bradley D. Owens

6264.014/117628