Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT )
)
FOR THE STATE OF ALASKA )
)
A.M. et al.        Plaintiff(s)   )   Case No. A05-0179 CV (TMB)
)
Vs.                )
)
Fairbanks North Star Borough      )
School District                   )   NOTICE OF MOTION AND
           Defendant(s)   )   MOTION AND STIPULATION
)   FOR AN EXTENSION
)   OF DEADLINE TO FILE
)   PLAINTIFFS' REPLY
)   BRIEF

COMES NOW, A.M. et al., by and through counsel, and files a Notice of Motion and Motion for an Extension of Deadline to File Plaintiffs' Reply Brief in the above-captioned matter.

The Plaintiffs' Reply Brief is currently due on April 28, 2006. Plaintiffs request an extension of three days in accordance with F. R. Civ. P. 6(b), making the deadline for Plaintiffs' Reply Brief to be filed no later than May 2, 2006. Plaintiffs' counsel has conferred with counsel for the Defendant and the Defendant stipulates to an extension of the filing deadline to May 2, 2006.

THEREFORE, Plaintiffs' respectfully request that the Court grant their Motion for an Extension of Deadline to File Plaintiffs' Reply Brief until May 2, 2006.

Dated this 25th day of April, 2006.        Respectfully submitted,

*[signature]*
Sonja D. Kerr
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Dated this 25th day of April, 2006.

*[signature]*
Brad Owens
Jermaine, Dunnagan and Owens
3000 "A" Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7433 Fax
bradowens@jdolaw.com

Certificate of Service

I hereby certify that on the 25th day of
April, 2006, a copy of this document
was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

*[signature]*
Meg Allison