Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| A.M. et al. ) | | |
|     Plaintiff(s) ) | | Case No. A05-0179 CV (JWS) |
| ) | | |
| Vs. ) | | |
| ) | | |
| Fairbanks North Star Borough ) | | |
| School District ) | | NOTICE OF MOTION AND |
|     Defendant(s) ) | | MOTION FOR EXTENSION |
| ) | | TO FILE REPLY |

_____

## [PROPOSED] ORDER

The Plaintiffs' request for an extension of time to file their reply to Defendant's opposition to Plaintiff's motion for summary judgment is GRANTED. Plaintiffs shall file their reply no later than May 2, 2006.

Dated this ____ day of April, 2006.       _____

                                                                                                             Timothy Burgess
                                                                                                             U.S. District Court Judge