Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ALASKA**

|  |  |
|---|---|
| A.M. et al. | Case No. A05-0179 CV (TMB) |
|         Plaintiffs, |  |
|   vs. |  |
| Fairbanks North Star Borough School District, |  |
|         Defendants. |  |

**PROPOSED ORDER**

The Defendant's motion for miscellaneous relief is denied. A status conference with the Court is set for the _____ day of _____, 2006 to discuss whether a separate "cross-motion" is permissible under the original scheduling order issued

Dated this ____ day of _____, 2006.

                                                                    Timothy M. Burgess
                                                                    U.S. District Court Judge