SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M.,<br>           Plaintiffs<br><br>vs.<br><br>Fairbanks North Star Borough School District,<br>           Defendants. | Case No. 05-0179cv<br><br>STATUS REPORT |

    Consistent with the Court's order of May 9, 2006, counsel of record in the above matter have conferred and provide the following Status Report as ordered by the Court:

1. A Rule 26 Report was provided to the Court on September 12, 2005.

2. Thereafter, a conference was held with the Court and a scheduling order issued on November 1, 2005.

3. The parties submitting briefing. Plaintiffs submitted an opening brief on February 21, 2006, Defendants submitted an opposition and cross-motion for summary judgment on April 3, 2006, and Plaintiffs submitted a reply to the Defendants' opposition on May 2, 2006.

4. Plaintiffs moved to strike Defendants' "cross-motion" on April 7, 2006, and Defendants filed an opposition to the motion to strike.

5. Defendants filed a motion for miscellaneous relief (motion for clarification) on May

11, 2006 and Plaintiffs opposed the motion, but indicated a willingness to have a status conference with the Court.

6. Neither party has sought discovery. In the view of the Plaintiffs, if the Court grants the Defendants' right to file a "cross-motion" then more briefing is required. Otherwise, the briefing is complete and the parties can await the judgment of the Court.

Respectfully submitted this 23rd day of May, 2006.    /s Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (800)478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

Certificate of service

I hereby certify that on the 23nd day of May 2006, a true and correct copy of this document was served electronically on:

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

 s/ Sonja D. Kerr
Sonja D. Kerr