Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322
Counsel for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL DISTRICT, )<br>)<br>Defendant ) <br>) | <br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0179 (TMB) |

### REQUEST TO RESCHEDULE HEARING

The Fairbanks North Star Borough School District, defendant in the above matter, by and through counsel, Jermain Dunnagan & Owens, P.C., hereby requests the court to reschedule the hearing in this matter from July 25, 2006, at 10:00 a.m., to a date during the week of August 28, 2006.

The reason for this request is the need for defendant's counsel to travel to California next week for personal family needs.  This request has been discussed with plaintiff's counsel who stipulates to the request and authorized the undersigned to notify the court that plaintiff does not oppose this request.

*A.M., et al. v. Fairbanks North Star Borough School District*
Case No. 3:05-cv-0179 (TMB)
Request to Reschedule Hearing                                                                                  Page 1 of 2

Dated in Anchorage Alaska this 17th day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


_____/s/_ *Bradley D. Owens*_____
By:    Bradley D. Owens
       Jermain, Dunnagan & Owens, P.C.
       3000 A Street, Suite 300
       Anchorage, AK 99503
       Phone: (907) 563-8844
       Fax: (907) 563-7322
       E-mail: bradowens@jdolaw.com
       Alaska Bar #7610122

Certificate of Service

I hereby certify that on the
11th day of July 2006, I
served a true and correct copy
of the foregoing by [ ] US Mail;
[ ] hand delivery; [ ] facsimile
and/or [X] electronic mail on:

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

   /s/  Bradley D. Owens_____

6264.014 - 123376

*A.M., et al. v. Fairbanks North Star Borough School District*
Case No. 3:05-cv-0179 (TMB)
Request to Reschedule Hearing                                    Page 2 of 2