## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*A.M. v. Fairbanks North Star Borough School District*
Case No. 3:05-cv-179 TMB

By:                       THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:         ORDER FROM CHAMBERS

This order is issued in response to the Request for Clarification at Docket 40. The Court set a briefing schedule in this matter on November 1, 2005. Docket 12. That order set a specific briefing schedule, including the filing of an opening brief by Plaintiff, a response brief by Defendant, and a reply brief by Plaintiff. A hearing on the merits of the underlying administrative appeal is scheduled before this Court on September 1, 2006. Accordingly, the Court finds that further briefing on this matter would be superfluous. In light of the foregoing, the Motion to Strike Defendant's Cross-Motion for Summary Judgment at Docket 31 is DENIED AS MOOT. No further pleadings shall be filed by either party prior to the oral argument previously scheduled.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 10, 2006