SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800)478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| A.M., by and through his parents, R.M. and A.M.,<br>    Plaintiffs | Case No. 05-cv-0179 TMB |
| vs. | NOTICE OF SUPPLEMENTAL AUTHORITY |
| Fairbanks North Star Borough School District,<br>    Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

As permitted by D. Ak. LR 7.1(h)(1)(B), Plaintiffs hereby provide to the Court notice of supplemental authority:

1. *N.S. v. Anchorage School District* (Department of Education and Early Development due process hearing, August 16, 2006, Independent Hearing Officer Jonathan Katcher) (finding that district's transportation policy could not replace services individual student needed and that procedural violations by the district were a denial of student's right to an individually determined free appropriate public education )

Dated this 25th day of August, 2006.

/s Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002

Fax: 907-565-1000
Email: skerr@dlcak.org

Certificate of service
I hereby certify that on the 25th day of August 2006, a true and correct copy of this document was served electronically on:

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

_s/ Sonja D. Kerr_____
Sonja D. Kerr