MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: 1-800-478-1234/1-907-565-1002
Fax: 1-907-565-1000
Email: mallison@dlcak.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| A.M., et al.,                ) | |
| ) | |
| Plaintiffs           ) | |
| ) | |
| vs.                            ) | |
| ) | |
| Fairbanks North Star Borough  ,   ) | Case No. A05-0179 CV (TMB) |
| School District               ) | |
| ) | |
| Defendant      ) | |
| _____) | |

# ENTRY OF APPEARANCE

Comes now, Meg K. Allison, by and through the Disability Law Center of Alaska, and gives notice of her entry of appearance in this matter on behalf of A.M.

DATED this 12th day of September, 2006.

                 _____/s Meg K. Allison_____
                 MEG K. ALLISON (AK BAR NO. 0511091)
                 DISABILITY LAW CENTER OF ALASKA
                 3330 Arctic Blvd., Suite 103
                 Anchorage, Alaska 99503
                 Telephone: 1-800-478-1234/1-907-565-1002
                 Fax: 1-907-565-1000
                 Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 12th day of September 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

\_\_\_s/ Meg K.Allison_____
Meg K. Allison