Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| A.M. et al. | ) | Case No. A05-0179 CV (TMB) |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Fairbanks North Star Borough | ) | |
| School District, | ) | |
| Defendants. | ) | |

---

## NOTICE OF CHANGE OF COUNSEL

Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that Sonja D. Kerr, who is no longer associated with the Disability Law Center, will no longer be counsel in this matter.  Megan K. Allison, with the Disability Law Center, will be substituted in Ms. Kerr's place and has previously entered appearances on behalf of all Plaintiffs. Therefore, Plaintiffs requests that the following be allowed to withdraw as counsel:

Sonja D. Kerr
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
skerr@dlcak.org

Plaintiffs assert that this substitution of Counsel will work no hardship or prejudice upon Defendants, as Ms. Allison is familiar with the case and its proceedings.

Dated: September 25, 2006                   Respectfully submitted,


                                                  /s Meg K. Allison
                                            Meg K. Allison, (#0511091)
                                            DISABILITY LAW CENTER OF ALASKA
                                            3330 Arctic Blvd., Ste. 103
                                            Anchorage, AK   99503
                                            Telephone: (907) 565-1002
                                            Fax: (907) 565-1000
                                            Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 25th day of
September, 2006, a copy of this document
was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

/s Meg K. Allison
Meg Allison