IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A.M., by and through his parents, R.M., and A.M.,<br>　　　　　　Plaintiff,<br>　　vs.<br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br>　　　　　　Defendant. | Case No. 3:05-cv-00179- TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　___　　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　_XX_　**DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE.

APPROVED:

　/s/ Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

September 29, 2006　　　　　　　　　　　　　　　　　　IDA J. ROMACK
　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　Clerk